UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LUCKY U, LLC | : CASE NO. 3:21-CV-00931-JBA |
| v. | : |
| S&F INVESTMENTS LLC, | : |
| A&V PETROLEUM LLC and | : SEPTEMBER 19, 2022 |
| FADI QUMBARGI | : |

NOTICE AND REQUEST FOR COURT APPROVAL OF
SUBSTITUTION OF REPRESENTATION

Pursuant to September 17, 2022 email communication by Plaintiff and Rule 7 of the Local Rules of Civil Procedure, Plaintiff, by and through its sole Managing Member, Anuradha Gautam, and undersigned counsel hereby stipulate and agree that Bruce P. Bennett, 63 Calhoun Street, Washington Connecticut 06794 shall, immediately upon the approval of the Court, cease to represent Lucky U, LLC in this case. Plaintiff will thereafter be represented by:

NAME: ANURADHA GAUTAM
TITLE: OWNER
ADDRESS: ________

TEL.: 475 201 3901

FAX: ______________

EMAIL: anuradhagautam99@yahoo.com

All pleadings, discovery and other case materials are to be served on Plaintiff in accordance with the foregoing.

Dated:

LUCKY U, LLC

435784

By: Anuradha Gautam

Bruce P. Bennett
BENNETT LAW P.C.
63 Calhoun Street
Washington Depot, CT 06794
(475) 206-1199
bpb@brucebennettlaw.com
Juris No. 435784

Anuradha Gautam
Managing Member

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above was or will immediately be mailed or electronically delivered or non-electronically delivered on September 19, 2022 to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel and self-represented parties of record who were or will immediately be electronically served.

John Morgan
Barr & Morgan
2777 Summer St.
Stamford, CT. 06905

435784